ACCEPTED
03-14-00790-CR
4952611
THIRD COURT OF APPEALS
AUSTIN, TEXAS
4/20/2015 1:30:44 PM
JEFFREY D. KYLE
CLERK

# GEORGE E. McCREA
### District Attorney – 119th Judicial District
124 W. Beauregard
San Angelo, Texas 76903

325/659-6583
325/658-6831 (Fax)

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
4/20/2015 1:30:44 PM
JEFFREY D. KYLE
Clerk

April 20, 2015

Jeffrey D. Kyle, Clerk
Third Court of Appeals
P.O. Box 12547
Capitol Station
Austin, Texas 78711

Style: George Henry Walker v. The State of Texas—Case # 03-14-00789-CR, Trial Court # B-13-0883-SB; Case # 03-14-00790-CR, Trial Court # B-14-0650-SA; Case # 03-14-00791-CR, Trial Court # B-14-0994-SB, 119th District Court

Dear Mr. Kyle:

The State believes that the trial court ruled correctly in this case. With regard to the Anders brief filed by Appellant, the State hereby notifies the Court that it will not respond on the merits to the points raised and conceded by Appellant's brief. Please file this letter response with the papers in the cause and bring it to the attention of the appropriate members of the Court or its staff.

Sincerely,

_____
J. Bryan Clayton
Asst. District Attorney
119th Judicial District
124 W Beauregard, Ste. B
San Angelo, TX 76903
(325) 659-6583
(325) 658-6831 FAX
State Bar No. 04338625

cc:    Erica Copeland
P. O. Box 399
Cedar Park, TX 78613
ecopeland63@yahoo.com  via https://efile.txcourts.gov/